David S. Shughart #015299
BEALE MICHAELS SLACK & SHUGHART PC
7012 N 18th Street
Phoenix, AZ 85020
(602) 957-0516
dshughart@bmsslaw.com

Peter J. Brodhead #0006733, *Pro Hac Vice*
William Hawal #0006730, *Pro Hac Vice*
Dustin B. Herman #0093163, *Pro Hac Vice*
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
(216) 696-3232
pbrodhead@spanglaw.com
whawal@spanglaw.com
dherman@spanglaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Dalessandro, individually, | ) Case No.: 2:18-cv-00962 |
| | ) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| v. | ) **VOLUNTARY DISMISSAL** |
| | ) |
| Avella of Deer Valley, Inc., an Arizona corporation, d/b/a Avella Specialty Pharmacy, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, Robert Dalessandro, by and through undersigned counsel, hereby gives notice of the voluntary dismissal of this action pursuant to Federal Civil Rule 41(a)(1)

1  (A). This claim has not been dismissed before in any other proceeding and thus pursuant
2  to Federal Civil Rule 41(a)(1)(B), this dismissal is without prejudice.

4      Dated: April 18, 2018

Spangenberg Shibley & Liber LLP

By <u>s/ Peter J. Brodhead</u>
    Peter J. Brodhead
    William Hawal
    Dustin B. Herman
    1001 Lakeside Avenue East
    Suite 1700
    Cleveland, OH 44114
    Attorneys for Plaintiff